UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2615**

Chestnut Street Consolidated, LLC, v. Dawara
(E.D. Pa. No. 2:21-cv-03046)

**ORDER**

Several defendants have appealed after the district court's August 3, 2022, order that addressed all claims. The order did not, however, calculate the exact amount of the defendants' liability. It may therefore not be a "final decision[]" within the meaning of 28 U.S.C. § 1291 or otherwise appealable. See, e.g., DeJohn v. Temple Univ., 537 F.3d 301, 307 (3d Cir. 2008) ("'[i]t is a well-established rule of appellate jurisdiction . . . that where liability has been decided but the extent of damage remains undetermined, there is no final order.'"). All parties must file written responses addressing this issue within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 1, 2022
PDB/cc: All Counsel of Record