IN THE

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

_____

No. 22-2615

_____

CHESTNUT STREET CONSOLIDATED, LLC

*Appellee*

V.

FATAN DAWARA, ET AL.

*Appellants*

_____

## APPELLANT'S RESPONSE TO THE ORDER DATED SEPTEMBER 1, 2022

_____

Appeal from the
the United States District Court
for the Eastern District of Pennsylvania
Robreno, J., Civil Action No. 21-3046
Dated August 3, 2022

_____

Jonathan J. Sobel, Esquire
*Counsel for Appellants*

**LAW OFFICES OF JONATHAN J. SOBEL**
15000 Walnut Street, Suite 2000
Philadelphia, PA 19102
(215) 735-7535

**TO THE HONORABLE JUDGES OF SAID COURT:**

**AND NOW,** comes Appellants, Fatan Dawara a/k/a Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim and Hitham Albarouki a/k/a Hitham Albarouki's response to this Honorable Court's Order of September 1, 2022, and in support of same, Appellants' aver as follows:

The Order issued by the Court of September 1, 2022, requests the parties address the issue of the finality of Judge Eduardo Robreno's Order / Judgment of August 3, 2022. On August 30, 2022, Appellants' filed a Notice of Appeal from the Order and Judgment of Judge Robreno. This Court, *sua sponte*, raised the issue of jurisdiction, inasmuch as Judge Robreno's Order did not calculate the amount of damages entitled to the appellee as the prevailing party, rather the order looked at the values of the properties less the amounts of any mortgages thereon.

On September 15, 2022, Appellee filed a response to Order of the Court requesting clarification on the issue of finality. (D.E. 15-1) Appellants' would join the response of Appellee's in support of the issue of jurisdiction before this Honorable Court.[1]

---

[1] Appellants' will not address the issue of finality as to the Court's Order for injunctive relief as it is beyond cavil that this portion of the judgment is final. To the extent appellee discussed this issue in their response, appellants' would join in this argument. *See* Appellee's response at 3-4.

The relevant part, for purposes of this filing, of Judge Robreno's Order / Judgment states:

> Plaintiff will be entitled to a judgment for the value of the remaining seven properties. Defendants will be jointly and severally liable for the value of the seven properties as provided for in the accompanying Order and Judgment. Plaintiff will be entitled to pre and post-judgment interest, which will be calculated from the value of the seven properties subject to the Restitution Agreement."

(D.E. 137).

> 6. Plaintiff is entitled to judgment holding that Defendants shall be jointly and severally liable for the value of the seven additional properties (the "seven properties"), less the value of any valid mortgage or other lien owed on the properties at the time they were fraudulently transferred, as follows:
>
> a. Bahaa Dawara and Faten Dawara (a/k/a Fatan Dawara) shall be jointly and severally liable for the value of the property at 134 Garfield Avenue, Woodlyn, PA 19094. The property is valued at $324,900.00;
>
> b. Bahaa Dawara and Faten Dawara (a/k/a Fatan Dawara) shall be jointly and severally liable for the value of the property at 140-142 Garfield Avenue, Woodlyn, PA 19094. The property is valued at $289,000.00;
>
> c. Bahaa Dawara and Faten Dawara (a/k/a Fatan Dawara) shall be jointly and severally liable for the value of the property at 312 Fern Street, Darby, PA 19023. The property is valued at $73,800.00;
>
> d. Imad Dawara and Abeer Naim shall be jointly and severally liable for the value of the property at 1524 McKean Street, Essington, PA 19145. The property is valued at $305,400.00;
>
> e. Imad Dawara and Abeer Naim shall be jointly and severally liable for the value of the property at 321 Massasoit Street, Essington, PA 19029. The property is valued at $258,600.00;

      f. Imad Dawara and Abeer Naim shall be jointly and severally liable for the value of the property at 224 Erickson Avenue, Essington, PA 19029. The property is valued at $203,000.00;

      g. Imad Dawara and Abeer Naim shall be jointly and severally liable for the value of the property at 1007 Milmont Avenue, Swarthmore, PA 19081. The property is valued at $528,700.00;

(D.E. 138).

While the Court neither added up the amount of the judgments assessed against Bahaa Dawara and Faten Dawara as one subset group or Imad Dawara and Abeer Naim, nor subtracted out the existing mortgages, the amounts have been determined and assessed. The settlement sheets are agreed upon as stated by appellee as are the amounts of the mortgages. The evidence was presented to the Court at the time of trial.

Appellants' would agree that the judgment constitutes a final order for purposes of satisfying 28 U.S.C. § 1291 and this Honorable Court should permit the appeal to continue in this Honorable Court rather than remanding the matter back to the District Court for purposes of the ministerial action of doing that which has already been done through Judge Robreno's judgment.

**CONCLUSION**

For all of the above reasons, it is respectfully requested this Honorable Court find that the Order and Judgment of August 3, 2022 is a final order which provides this Court with jurisdiction to entertain the within appeal on its merits pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

**LAW OFFICES OF JONATHAN J. SOBEL**

s\JONATHAN J. SOBEL, ESQ.
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
215-735-7535
215-735-7539(fax)
Mate89@aol.com

Attorney for Movant, John Doe

Date:  September 15, 2022

## CERTIFICATION OF BAR MEMBERSHIP

Pursuant to Rule 46.1(e) of the Rules of the United States Court of Appeals for the Third Circuit, I hereby certify that I am a member of the Bar of this Court.

Respectfully submitted,

**LAW OFFICES OF JONATHAN J. SOBEL**

s\JONATHAN J. SOBEL, ESQ.
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
215-735-7535
215-735-7539(fax)
Mate89@aol.com

Attorney for Appellants

Date:  September 15, 2022

## CERTIFICATION OF VIRUS PROTECTOIN

I hereby certify that the within Motion was checked for virus(es), with Norton Anti-Virus.

Respectfully submitted,

**LAW OFFICES OF JONATHAN J. SOBEL**

s\JONATHAN J. SOBEL, ESQ.
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
215-735-7535
215-735-7539(fax)
Mate89@aol.com

Attorney for Appellants

Date:  September 15, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, I caused a true and correct copy of this Response to be served by the Electronic Case Filing system upon all counsel of record.

Date:  September 15, 2022                              /s/ Jonathan J. Sobel, Esquire