# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| CHESTNUT STREET CONSOLIDATED, LLC | : |
| v. | : |
| BAHAA DAWARA | : |
| And | : |
| IMAD DAWARA | : |
| And | : |
| FATAN DAWARA<br>a/k/a FATEN DAWARA | :NO.:  22-2615 |
| And | : |
| MAISAA DAWARA | : |
| And | : |
| MIRVAT DAWARA | : |
| And | : |
| ABEER NAIM | : |
| And | : |
| HITHAM ALBAROUKI<br>a/k/a HAITHAM ALBAROUKI | : |
| And | : |
| DOE INDIVIDUALS (1-10), | : |
| And | : |

| | |
|---|---|
| DOE ENTITIES (1-10) | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Appellants, Fatan Dawara a/k/a Faten Dawara, Maisaa Dawara, Mirvat Dawara, Abeer Naim and Hitham Albarouki a/k/a Hitham Albarouki.

/s/Jonathan J. Sobel, Esquire
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102
(215) 735 7535

Counsel for Appellants

Dated:  December 1, 2022